In the Matter of the Claim of MARY ALSTON MILLER, Respondent, against UNITED PRESS ASSOCIATIONS and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of MARY WALSH, as Administratrix, etc., of MILDRED D. GRAVES, Deceased, and Another, Appellants, against TIDEWATER OIL SALES COMPANY and THE LIBERTY MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., Crapser, Heffernan and Foster, JJ., concur; Bliss, J., taking no part.

In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of NEW YORK JOINT STOCK LAND BANK OF ROCHESTER, Appellant. FRIEDA S. MILLER, Industrial Commissioner, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

ESTHER MAIER, Respondent, v. GEORGE MAIER, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of ROBERT RUBENSTEIN, Respondent, for an Order of Certiorari Pursuant to Article 78 of the Civil Practice Act, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent, Appellant.— Order reversed on the law and facts, with fifty dollars costs and disbursements, and the determination of the Board of Regents together with the order of the Commissioner of Education reinstated, with fifty dollars costs, on the authority of *Matter of Cherry* v. *Board of Regents, etc. (ante, p. 23),* decided herewith. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR CORKUM, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.